**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF _MULTNOMAH_**

___WIGGINTON_____,
         Plaintiff,

vs.

__TRIMET_____

__JOHN DOE; MAXX TRAIN DRIVER_

         Defendant(s)

Civil No. ___3:26-cv-00346-AN___

Complaint

**1.**

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (_X_) No (___)

B. if your answer to A is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.

///INITIALLY THERE WAS A 1983 CIVIL SUIT FILED WHICH WAS DISMISSED DUE TO MISSING TIME RESTRAINTS, THE CASE NUMBER FOR THAT CASE WAS :23CV-01718SB

///

///

///

///

**Parties to this previous lawsuit:**

Plaintiff(s):____MICHAEL WIGGINTON_____

_____

_____

Defendant(s):____TRIMET_____

_____

_____

1. Court (if federal court, name the district; if state court, name the county):

    MULTNOMAH_____

2. Docket Number:_____23CV01718SB_____

3. Name of Judge to whom case was assigned:

    SARAH BECKERMAN_____

5. Disposition (Was case dismissed? Was it appealed? Is it still pending?):_____

DISMISSED_____

___

6. Approximate date of filing lawsuit:_____JULY 2024_____

7. Approximate date of disposition:_____AUGUST 2025_____

**2.**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any)

A.   Name of Plaintiff:_MICHAEL WIGGINTON_____#26413367_____

   Address: 777 STANTON BLVD. ONTARIO, OR 97914

///

///

(In item B below, place the full name of the defendant in the first blank, their official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.  Defendant:__JOHN DOE_ is employed as

_____TRAIN DRIVER__ at _____TRIMET_

C.  Additional defendants:__TRIMET_____

**3.**

STATEMENT OF CLAIM

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as your need. Attach extra sheets if necessary.

ON OR ABOUT MARCH SECOND AT APPROXIMATELY 8:15A.M. I WAS RIDING AN E-BIKE TOWARDS THE INTERSECTION OF FIFTH AND YAMHILL IN DOWNTOWN PORTLAND, OREGON WHEN OUT OF NOWHERE WITH NO WARNING SOUNDS, LIGHTS OR SAFETY BARRIERS TO SIGNAL THE ONCOMING TRIMET MAXX TRAIN, HERE COMES THE TRAIN AT AROUND 30-35 MPH. I IMMEDIATELY HIT THE

BRAKES RESULTING IN MY BIKE DOING A COMPLETE FLIP, ME BOUNCING OFF THE TRAIN BEING TWISTED IN THE BIKE AND KNOCKED UNCONCIOUS. AT NO TIME DID THE DRIVER STOP AND CHECK ON ME LEAVING ME FOR DEAD. I KNOW I WAS UNCONCIOUS AND BARELY ABLE TO GET UP AND OFF THE STREET AFTER ABOUT 20 MINUTES. ALSO, I TRIED TO GET UP BUT WAS UNABLE TO, LEAVING ME WITH A DREADFUL FEELING THAT I WAS PARALYZED BECAUSE I COULD NOT GET UP. THIS UNFORTUNATE INCIDENT HAS LEFT ME WITH THE INABILITY TO WALK WITHOUT A CANE AND I AM CURRENTLY IN A WHEELCHAIR. THE ACCIDENT CAUSED ME TO HAVE STRAINED MY HAMSTRING ON MY RIGHT LEG AND TORN MY LOWER LEFT HAMSTRING WHICH IS SOMETHING THAT WILL BE DAMAGED FOR THE REST OF MY LIFE OR UNTIL I GET SURGERY TO REATTACH IT. DUE TO THE NEGLIGENCE OF THE MAXX DRIVER AND THE DANGEROUS WAY THE STREET IS WITHOUT ANY BARRIERS OR WARNING DEVICE I AM NOW FORCED TO LIVE MY LIFE WITH DAILY STRUGGLES BEING IN THE WHEELCHAIR AND HAVING TO USE A CANE TO WALK WHEN I'M NOT IN THE WHEELCHAIR. ALSO, MY HANDS SHAKE DUE TO SEVERELY BAD NERVE DAMAGE WHICH I WAS TOLD BY DOCTORS WAS POSSIBLY CAUSED BY THE ACCIDENT AS WELL. THESE INJURIES HINDER MY DAILY ACTIVITIES AND HAVE COMPLETELY CHANGED MY LIFE LEAVING ME HANDICAPPED FOREVER.

## RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no case or statutes: I WOULD LIKE TO SUE FOR LIFETIME DAMAGES DUE TO THE NEGLIGENCE OF THE MAXX DRIVER, JOHN DOE IN THE AMOUNT OF $20,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

DATED this __23rd_____ day of FEBRUARY_____, 2026___.

_____
(Signature)

Print Name: MICHAEL WIGGINTON

SID Number: 26413367
Snake River Correctional Institution
777 Stanton Blvd
Ontario, Oregon 97914-833

8409B



# THERAPEUTIC LEVEL OF CARE

TO: Clinical Medical Director/ Dental Director/ Chief Psychiatrist    Date: 10/22/05

FROM: Frank

INSTITUTION NAME: Snake River Correctional Institution

SUBJECT: Prior Authorization for Medical/ Dental/ Psychiatric /Surgical Procedure or Treatment

Release Date: 2029

Diagnosis: HBP thrusting tear LLE

Level: _____

How long has the patient had this diagnosis?

Treatment Proposed: MRI

Factors for consideration, discuss as appropriate:
1. Urgency of need vs. time of sentence left
2. Overall necessity, re: morbidity, mortality and functional disability
3. Pre-existing condition prior to incarceration
4. Risk/Benefit
5. Cost Benefit
6. Alternatives
7. Pain complaints/ pain behavior

Committee comments and recommendations: NA approved

D Patient Purchase - Debt    D Patient Purchase - Pay in Advance

Date Reviewed: 10/29/25

_M. Sullens_
Committee Signature

WIGGINTON, MICHAEL A.
26413367
10/05/1982

CD#1282 H (6/2023)

SNAKE RIVER CORRECTIONAL INSTITUTION * 777 STANTON BLVD * ONTARIO, 97914 * Ph: (541)325-5191 * Fax: (541)325-5915

| | | | |
|---|---|---|---|
| **NAME:** | WIGGINTON, MICHAEL | **DATE OF SERVICE:** | 10/16/2025 |
| **DOB:** | 10/5/1982 | **PATIENT TYPE:** | Out |
| **GENDER:** | M | **PACS ID:** | |
| **PROVIDER:** | FRANK, JOHN JAY, FNP | **EXTERNAL ID:** | R19838897 |

**PROCEDURE:** ULTRASOUND LEFT LOWER EXTREMITY - NONVASCULAR

**INDICATIONS:** HAMSTRING TEAR

**COMPARISON:** None.

**FINDINGS:**

Slight irregularity of the hamstrings muscle in the medial thigh distally could represent strain with low-grade partial tearing. No suspicious masses or fluid collections.

**IMPRESSION:**

Slight irregularity of the hamstrings muscle in the medial thigh distally could represent strain with low-grade partial tearing. There is continued clinical concern, MRI without contrast could be considered.

Electronically signed by: Christopher Coleman, MD on 10/17/2025 8:08 AM at workstation CS-2700-7082

*Reviewed @ today's visit*



# OREGON DEPARTMENT OF CORRECTIONS
## HEALTH REFERRAL OUTSIDE AGENCY

To: U.S.

Appt. Date: _____ Time: _____
Institution: Snake River Correctional Institution
Contact Provider: Frank
Institution Approval: ☐ N/A  ☐ TLC
Phone: 541-881-4975   Fax: 541-881-4996

☐ Stat (Today)  ☐ Urgent (1-3 Days)  ☐ Priority (4-14 Days)  ☒ Routine (<6 Weeks)  ☐ Extended (<12 Weeks)

Diagnosis or Reason for Referral: Hamstring injury 15 tear

Specific Service Requested: Ultrasound Posterior L thigh

Special Equipment Needed for Transport: ☐O2 ☐Wheelchair ☐Stretcher ☐Interpreter_____ ☐Other_____
Data to be sent with patient:
☐ Lab  ☐ X-Ray  ☐ Chart Note  ☐ Dr. Orders  ☐ MAR  ☐ Other _____

COMMUNITY PROVIDERS-Please write notes to Institution Physician on reverse side of this form

### SPECIFIC TREATMENTS AUTHORIZED

☐ Emergency Care
☐ Consultation Only
☐ Treatment Only
☐ Consultation & Treatment
☐ Laboratory Diagnostics
☒ Radiographic Diagnostics
☐ Surgery
☐ Special Procedure _____
☐ Other _____

CHAPERONE
A. McPherson

AUTHORIZED/COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

Please send HCFA 1500/UB 04 Claim form for today's services to:

Correctional Health Partners
Oregon Department of Corrections
PO Box 241689
Apple Valley, MN 55124-1689
Claims Phone Number: 1-866-932-7185

INS Name: WIGGINTON, MICHAEL A.
SID: 
DOC: 26413367
GR: 10/05/1982

Date Form Prepared: 9/21/6
Form Prepared By: _____

Thank you for your interest in our patient. If you have any concerns with this patient, please contact us.

PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY

CD 491H 9/2022